LUNSFORD DOLE PHILLIPS #4407
1620 Pioneer Plaza
900 Fort Street Mall
Honolulu, Hawaii 96813
Telephone: (808) 533-1734
Fax: (808) 545-2411
E-mail: lunsfordp001@hawaii.rr.com
Attorney for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 06 2009

at 11 o'clock and 33 min A M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DALE MARCZAK, | ) | CIVIL NO. 08-0273 HG/KSC |
| | ) | |
| Plaintiff, | ) | **NOTICE OF DISMISSAL** |
| | ) | **WITHOUT PREJUDICE OF ALL** |
| vs. | ) | **CLAIMS AND PARTIES** |
| | ) | |
| LGH, INC. dba Smith's Union Bar | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AND PARTIES

The Complaint filed by Plaintiff is hereby dismissed with prejudice, pursuant to F.R.Civ.P. 41. No Answer or Motion has been filed.

DATED: Honolulu, Hawaii, 2/4/2009.

_____
LUNSFORD DOLE PHILLIPS
Attorney for Plaintiff